IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**GILBERT STRIDIRON,**

    **Plaintiff,**

vs.	CASE NO. 4:07CV04-RH/AK

**KEEFE COMMISSARY NETWORK,**

    **Defendant.**

_____/


### REPORT AND RECOMMENDATION

By Order dated January 31, 2007, Plaintiff was directed to pay a partial filing fee of $9.30 on or before March 1, 2007. (Doc. 10). This order was returned as undeliverable (doc. 12), but Plaintiff noticed the Court of his new address (doc. 11), and the order was re-mailed to this address. (Doc. 12). When Plaintiff again did not respond to the order, an order to show cause was entered directing a response on or before July 16, 2007. (Doc.14). In that order Plaintiff was warned that it would be recommended that his case be dismissed if he failed to respond within the time provided. There has been no response from Plaintiff or other communication from him.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court

directing that he submit a partial filing fee and show cause why this matter should not be dismissed (docs. 10 and 14) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __20th__ day of September, 2007.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:07CV04-RH/AK