# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GILBERT STRIDIRON,

    Plaintiff,

v.                                                  CASE NO.  4:07cv04-RH/AK

KEEFE COMMISSARY NETWORK,

    Defendant.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed.  The report and recommendation correctly concludes that this action should be dismissed, but it concludes that the dismissal should be without prejudice.  Under the circumstances, I conclude that the dismissal should be without prejudice.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court (except to the extend it concludes that the dismissal of this action

should be with prejudice). The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 22d day of October, 2007.

s/Robert L. Hinkle
Chief United States District Judge
